■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON BARNES, JR., Appellant. [805 NYS2d 866]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Richard C. Kloch, Sr., J.—Obstructing Governmental Administration, 2nd Degree). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE L. BORIA, Appellant. [805 NYS2d 866]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Joseph S. Forma, J.—Attempted Robbery, 2nd Degree). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID K. BUTLER, Appellant. [805 NYS2d 866]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Robbery, 3rd Degree). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID K. BUTLER, Appellant. [805 NYS2d 867]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Assault, 2nd Degree). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE J. HARRIS, JR., Appellant. [805 NYS2d 865]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Criminal Sale Controlled Substance, 3rd Degree). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARROW HOLMES, Appellant. [805 NYS2d 866]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.